IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-41264
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROEL QUINTANILLA-RODRIGUE, also known as
Roberto Narvaez Rodriguez,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-99-CR-260-1
--------------------
August 23, 2000

Before KING, Chief Judge, and POLITZ and WIENER, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Roel Quintanilla-Rodrigue has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Quintanilla-Rodrigue has received a copy of counsel's motion and brief and has not filed a response to the motion to withdraw. Our independent review of counsel's brief and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.